

68-29 Main Street,

Flushing, New York 11367

Tel.: 917-437-3737

Email: mcohen@ealg.law

<u>VIA ECF</u>
Hon. Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

June 2, 2025

RE: **Reyes v. Petrossian, Inc. DOCKET NO. 1:25-cv-2803**

Dear Judge Abrams:

The undersigned represents Natalie Reyes, the plaintiff in the above-referenced matter. I write to advise the Court that this case has been settled in principle. The parties are currently in the process of finalizing settlement terms and conditions and we anticipate filing a Stipulation of Dismissal with Prejudice within the next forty-five (45) days. As such, the undersigned respectfully requests that the Court adjourn all deadlines sine die, and allow the parties forty-five (45) days to finalize settlement. Thank you for your time and consideration on this matter.

Respectfully,

EQUAL ACCESS LAW GROUP, PLLC
*Attorneys for Plaintiff*

<u>/s/ *Michael H. Cohen*</u>

By: Michael H. Cohen, Esq.
    68-29 Main Street,
    Flushing, NY 11367
    Tel: 917-437-3737
    Email: mcohen@ealg.law

