UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
NATHALIE REYES, on behalf of herself and    :   Case no.1:25-cv-2803
al others similarly situated,               :
                                            :
              Plaintiffs,                   :
                                            :   NOTICE OF VOLUNTARY
          v.                                :   DISMISSAL WITH
                                                PREJUDICE
Petrossian, Inc.                            :
                                            :
              Defendant.                    :
                                            :
                                            :
                                            :
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**PLEASE TAKE NOTICE,** that the above-entitled action against Defendant shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated: June 5, 2025

EQUAL ACCESS LAW GROUP, PLLC
*Attorneys for Plaintiff*

*/s/ Michael H. Cohen*
By: Michael H. Cohen, Esq.
68-29 Main Street,
Flushing, NY 11367
Tel: 917-437-3737
Email: mcohen@ealg.law